IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL LANCE LOPEZ,                     :
    Plaintiff,                          :
                                        :
v.                                      :          CIVIL ACTION NO. 25-CV-7311
                                        :
KYLE A. RUSSEL, *et al.*,               :
    Defendants.                         :

## ORDER

AND NOW, this 16th day of March, 2026, upon consideration of Plaintiff Daniel Lance

Lopez's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account

Statement (ECF No. 3), and Complaint (ECF No. 2), it is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    Daniel Lance Lopez, #219460, shall pay the full filing fee of $350 in installments,

pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The Court directs the

Warden of Lehigh County Jail or other appropriate official to assess an initial filing fee of 20%

of the greater of (a) the average monthly deposits to Lopez's inmate account; or (b) the average

monthly balance in Lopez's inmate account for the six-month period immediately preceding the

filing of this case.  The Warden or other appropriate official shall calculate, collect, and forward

the initial payment assessed pursuant to this Order to the Court with a reference to the docket

number for this case.  In each succeeding month when the amount in Lopez's inmate trust fund

account exceeds $10.00, the Warden or other appropriate official shall forward payments to the

Clerk of Court equaling 20% of the preceding month's income credited to Lopez's inmate

account until the fees are paid.  Each payment shall refer to the docket number for this case.

3.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of Lehigh County Jail.

4.      The Complaint is **DEEMED** filed.

5.      The following claims are **DISMISSED WITH PREJUDICE AND WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum as follows:

   a.   The federal claim alleged against Lehigh County Prison is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

   b.   The state claim alleged against Lehigh County Prison is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

   c.   All claims alleged against "Prime Care Medical (nurses)," "Owners of Lehigh County Jail," and Kyle A. Russel are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

6.      The Clerk of Court is **DIRECTED** to send Lopez a blank copy of the Court's form complaint for a prisoner filing a civil rights action bearing the above civil action number. Lopez may use this form to file his amended complaint if he chooses to do so.

7.      Lopez is given **thirty (30) days** to file an amended complaint in the event he can allege additional facts to state a plausible claim against the Defendants.  Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Lopez's claims against each defendant.  The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim.  **This means that if Lopez**

2

**files an amended complaint, he must reallege the claims against Reed Miller, who was not dismissed, including all supporting factual allegations, or those claims will be deemed to have been abandoned**.  When drafting his amended complaint, Lopez should be mindful of the Court's reasons for dismissing the claims in his initial Complaint as explained in the Court's Memorandum.  He should not allege any claims that have been dismissed with prejudice.  Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

8.      If Lopez does not file an amended complaint within the thirty (30) day time frame, the Court will direct service of his initial Complaint on Defendant Miller.  Lopez may also notify the Court that he seeks to proceed on these claims rather than file an amended complaint.  If he files such a notice, Lopez is reminded to include the case number for this case, 25-7311.

9.      The time to serve process under Federal Rule of Civil Procedure 4(m) is **EXTENDED** to the date 90 days after the Court issues summonses in this case if summonses are issued.

**BY THE COURT:**

**/s/ Gerald Austin McHugh**
**GERALD MCHUGH, J.**

3